UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DORNALL QUARTERMAN and
EUGINA MILLEDGE,

    Plaintiffs,

v.                                    Case No. 3:23-cv-1505-MMH-MCR

UF HOSPITAL, et al.,

    Defendants.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff Dornall Quarterman's Motion for Reconsideration (Doc. 29; Motion), filed on December 18, 2024. In the Motion, Quarterman seeks reconsideration of the Court's Order (Doc. 26; Dismissal Order) dismissing this case without prejudice for failure to prosecute. See Motion at 1. This matter is ripe for review.

On September 12, 2024, the Court held a hearing at which Plaintiffs were granted an extension of time until October 15, 2024, to properly serve Defendants. See Minute Entry (Doc. 22). At the hearing, Quarterman was specifically advised that if Defendants were not properly served by this date, the case would be dismissed. See id. Then, on October 21, 2024, the Court granted Plaintiffs one final opportunity to effect proper service upon

Defendants and directed Plaintiffs to serve Defendants no later than November 22, 2024. See Order (Doc. 24). Plaintiffs were notified that the failure to do so would result in the dismissal of this matter without further notice. See id. Nonetheless, Plaintiffs failed to effect proper service upon Defendants by this date. As a result, the Court dismissed this action without prejudice for failure to prosecute, see Dismissal Order at 2, and the Clerk of the Court entered judgment, see Judgment in a Civil Case (Doc. 27), entered on December 3, 2024.

In the Motion, Quarterman requests that the Court reconsider its Dismissal Order. See Motion at 1. However, the Motion is due to be denied because Quarterman has failed to provide the Court with any legal basis for reconsideration of the Dismissal Order.

Accordingly, it is

**ORDERED:**

Plaintiff Dornall Quarterman's Motion for Reconsideration (Doc. 29) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of March, 2025.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

Lc32

Copies to:
<u>Pro</u> <u>Se</u> Party